

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-21-00072-CR

Christian William **PFISTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-20-0273
Honorable Frank Follis, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 30, 2021.

_____
Rebeca C. Martinez, Chief Justice